# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                            CASE NO. 14-mj-30640

v.

STEFAN BARASLIEVSKY,

       Defendant.

_____/

## ORDER REGARDING COMPETENCY

On December 23, 2014, the defendant was charged in a criminal complaint with violating 18 U.S.C. §111(b) – Assaulting, resisting or impeding certain officers or employees. Thereafter, the parties filed a joint motion for a competency examination. On December 24, 2014, this Court ordered defendant to undergo a psychiatric or psychological evaluation, pursuant to the Insanity Defense Reform Act, 18 U.S.C. §§ 4241-4247, to determine his competency to stand trial. Defendant was committed to the custody of the Attorney General and underwent extensive in-patient mental health treatment at the Federal Medical Center, Lexington, Kentucky, and after sufficient observation and treatment, was determined competent to stand trial.

After considering all medical reports, statements by the government, statements by the defendant's attorney, and statements by the defendant himself, the Court finds by a preponderance of the evidence that the Defendant is NOT presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is

unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense herein.

Therefore, this matter shall proceed toward trial consistent with applicable laws and procedures.

**IT IS SO ORDERED.**

                                        s/Elizabeth A. Stafford
                                        ELIZABETH A. STAFFORD
                                        UNITED STATES MAGISTRATE JUDGE

Date: June 2, 2015

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 2, 2015 electronically and/or by U.S. mail.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager to the
Honorable Elizabeth A. Stafford
